# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LaTina Regan

        Plaintiff(s),

vs.

Encore Group (USA), LLC

        Defendant(s).

Case # 2:25-cv-00665-RFB-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael R. Willats_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dinsmore & Shohl LLP_____
(firm name)

with offices at ___201 North Franklin Street, Suite 3050___,
(street address)

___Tampa___, ___Florida___, ___33602___,
(city) (state) (zip code)

___813-543-9848___, ___Michael.Willats@dinsmore.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Encore Group (USA), LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **March 19, 2016** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Florida** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Florida | 03/19/2016 | 0121270 |
| Supreme Court of Virginia | 11/04/2009 | 79208 |
| District of Columbia | 03/13/2015 | 1025414 |
| U.S.D.C. - Middle District of Florida | 07/20/2016 | N/A |
| U.S.D.C. - District of North Dakota | 06/29/2015 | N/A |
| U.S.D.C. - Eastern District of Virginia | 01/11/2013 | N/A |
| U.S.D.C. - Northern District of Indiana | 01/05/2018 | N/A |

\*\* See Attached Exhibit A for additional Court Admittance to practice.

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar, Virginia Bar and District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Michael Willats*
Petitioner's signature

4  STATE OF ___Florida___  )
5  COUNTY OF ___Hillsborough___  )

7  ___Michael R. Willats___, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

*Michael Willats*
Petitioner's signature

10  Subscribed and sworn to before me this

11  __21st__ day of __July__, __2025__

*Trishae Painter*
Notary Public or Clerk of Court

TRISHAE Y. PAINTER
Commission # HH 587135
Expires September 15, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Piers R. Tueller___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Peccole Professional Park, 10080 West Alta Drive, Suite 200___,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city) (state) (zip code)

___(702) 385-2500___, ___PTueller@hutchlegal.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Piers R. Tueller_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Deborah Klein_____
(party's signature)

Deborah Klein, VP & General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ RJT_____
Designated Resident Nevada Counsel's signature

14633                    PTueller@hutchlegal.com
Bar number               Email address

APPROVED:

Dated: this _28th_ day of __July_____, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Kevin J. Blair (4437)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
kblair@hutchlegal.com
ptueller@hutchlegal.com

*Attorney for Defendant*
*ENCORE GROUP (USA), LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATINA REGAN, an individual, | Case No: 2:25-CV-00665-RFB-MDC |
| Plaintiff, | |
| vs. | |
| ENCORE GLOBAL (USA), LLC, a Foreign Limited Liability Company, | |
| Defendant. | |

**EXHIBIT A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C – Northern District of Illinois | 02/06/2015 | NA |
| U.S.D.C. – Southern District of Florida | 05/04/2022 | NA |
| U.S.D.C. – District of Colorado | 09/26/2023 | NA |
| U.S.D.C. – District of Columbia | 11/04/2019 | NA |

EXHIBIT A – VERIFIED PETITION FOR PERMISSION TO PRACTICE FOR MICHAEL R. WILLATS



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael Ryan Willats

was duly qualified and admitted on March 13, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 01, 2025.

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )     In Re:  0121270
Michael Ryan Willats
Dinsmore & Shohl, LLP
201 N Franklin St Ste 3050
Tampa, FL 33602-5820

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **March 19, 2016**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  1st  day of **July, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-354650

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT MICHAEL RYAN WILLATS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MICHAEL RYAN WILLATS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2009**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued July 2, 2025

DaVida M. Davis
Director of Regulatory Compliance