David S. Shankman (pro hac vice)
Michael R. Willats (pro hac vice)
DINSMORE & SHOHL, LLP
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Phone: (813) 543-9848
Fax: (813) 543-9849
david.shankman@dinsmore.com
michael.willats@dinsmore.com

Kevin J. Blair (4437)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
kblair@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Defendant*
*Encore Group (USA), LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATINA REGAN, an individual,<br><br>  Plaintiff,<br>vs.<br><br>ENCORE GLOBAL (USA), LLC, a Foreign Limited Liability Company,<br><br>  Defendant. | Case No: 2:25-CV-00665-RFB-MDC<br><br>**STIPULATED REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Plaintiff LATINA REGAN ("Plaintiff"), by and through her counsel of record, and Defendant ENCORE GROUP (USA), LLC ("Defendant"), by and through its counsel of record, hereby jointly request to reschedule the Early Neutral Evaluation Session ("ENE") currently set for October 10, 2025 at 10:00 am (ECF 11), due to the unavailability of Counsel for the Defendant.

Lead counsel for the Defendant, David Shankman, has a previously planned vacation during

the current ENE date that would preclude his attendance. Mr. Shankman has represented the Defendant for more than twenty years and the Defendant desires his attendance at the ENE and believes it is essential to the parties' good faith negotiations.

The parties have conferred and can confirm their availability on the following alternate dates to attend the ENE: October 14, October 15, October 16, October 17, and October 21. This is the first request by the parties to reschedule the ENE and such request is not sought for any improper purpose or other reason of delay.

Dated: August 11, 2025

| */s/ Trevor J. Hatfield* | */s/ Michael R. Willats* |
|---|---|
| Trevor J. Hatfield (7373) | David S. Shankman (pro hac vice) |
| HATFIELD & ASSOCIATES, LTD | Michael R. Willats (pro hac vice) |
| 703 South Eighth Street | DINSMORE & SHOHL, LLP |
| Las Vegas, Nevada 89101 | 201 North Franklin Street, Suite 3050 |
| (702) 388-4469 Tel. | Tampa, Florida 33602 |
| (702) 386-9825 Fax | Phone: (813) 543-9848 |
| thatfield@hatfieldlawassociates.com | Fax: (813) 543-9849 |
| | david.shankman@dinsmore.com |
| *Attorney for Plaintiff* | michael.willats@dinsmore.com |

Kevin J. Blair (4437)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
kblair@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED**. The Early Neutral Evaluation scheduled for October 10, 2025 is VACATED and **RESET** to **October 21, 2025 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that written evaluation statements are due by 4:00 p.m. on October 14, 2025

DATED: 8/12/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE